No. 92–85. RAND v. PROSTKO, TRUSTEE. C. A. 3d Cir. Certiorari denied.

No. 92–87. KOREAG, CONTROLE ET REVISION, S. A. v. REFCO F/X ASSOCIATES, INC. C. A. 2d Cir. Certiorari denied.

No. 92–88. GOULDING v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–89. CRUZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–91. DICKENS v. UNITED PARCEL SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–92. BRODERICK INVESTMENT CO. ET AL. v. HARTFORD ACCIDENT & INDEMNITY CO. C. A. 10th Cir. Certiorari denied.

No. 92–95. POCCHIARI v. BOARD OF REGENTS OF RHODE ISLAND ET AL. Sup. Ct. R. I. Certiorari denied.

No. 92–98. KOURI v. LIBERIAN SERVICES, INC. C. A. 4th Cir. Certiorari denied.

No. 92–99. ACME RESIN CORP. v. ASHLAND OIL, INC. C. A. Fed. Cir. Certiorari denied.

No. 92–100. WOODS v. UNION PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied.

No. 92–101. DESAI v. HERSH. C. A. 7th Cir. Certiorari denied.

No. 92–103. MURRAY, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATES OF HIS MINOR CHILDREN, MURRAY ET AL. v. ANTHONY J. BERTUCCI CONSTRUCTION CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–105. HOLT v. CASPARI ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–106. ASCHER v. VIRGINIA. Ct. App. Va. Certiorari denied.